**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| BAILEY BURGESS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 4:20-cv-00041-DC-DF |
| | § | |
| EL COSMICO, LLC, and BUNKHOUSE | § | |
| GROUP, LLC, | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff respectfully moves for leave to file the First Amended Complaint, attached to this Motion as Exhibit 1. Plaintiff originally filed this action in Travis County District Court; her petition was drafted to conform to the Texas Rules of Civil Procedure. The First Amended Complaint amends the Original Petition (ECF No. 1-1) by bringing it into compliance with the Federal Rules of Civil Procedure. In addition, pursuant to the stipulation of Defendant El Cosmico, LLC, that is the proper entity in this matter, the First Amended Complaint omits all claims and allegations against Defendant Bunkhouse Group, LLC.

Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that "a party may amend its pleadings only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." In this case, the deadline for amending pleadings has not passed, no Defendant will be prejudiced by the proposed amendment, and Plaintiff has not acted with undue delay. Furthermore, Defendants' counsel has consented to this motion. Justice therefore requires that leave to amend be granted. *Edionwe v. Bailey*, 860 F.3d 287, 295 (5th Cir.

2017) (where no aggravating circumstances exist, "the leave sought should, as the rules require, be freely given").

Plaintiff respectfully requests that this Court grant this Motion, and direct the clerk of court to accept for filing Plaintiff's First Amended Complaint.

Respectfully Submitted,

/s/ Rebecca C. Eisenbrey
Rebecca C. Eisenbrey
Texas State Bar No. 24097646
reisenbrey@equaljusticecenter.org
Christopher J. Willett
Texas State Bar No. 24061895
cwillett@equaljusticecenter.org
EQUAL JUSTICE CENTER
510 Congress Ave., Ste. 206
Austin, Texas 78704
Tel (512) 474-0007, ext. 123
Fax (512) 474-0008

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

This is to certify that on June 1, 2020, I conferred with counsel for Defendant and Defendants' counsel, Carolyn Russell, confirmed that Defendant El Cosmico, LLC, does not oppose this motion.

/s/ Rebecca Eisenbrey
Rebecca Eisenbrey
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of June, 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing, which sent notification of an electronic filing to all CM/ECF participants.

/s/ Rebecca Eisenbrey

Rebecca Eisenbrey
Attorney for Plaintiffs